FELICE JOHN VITI, Acting United States Attorney (#7007)
MARIA D. MOOERS-PUTZER, Assistant United States Attorney (#14730)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: Maria.Mooers-Putzer@usdoj.gov

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. ALYZAI VICTORIA TRUJILLO, Defendant. | INDICTMENT Count 1: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute (> 40 grams); Count 2: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute; and Count 3: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm. |
|---|---|
| The Grand Jury charges: | Case: 2:25-cr-00320 Assigned To : Sam, David Assign. Date : 8/26/2025 |

COUNT 1
21 U.S.C. § 841(a)(1)
(Possession of Fentanyl with Intent to Distribute)

On or about July 9, 2025, in the District of Utah,

ALYZAI VICTORIA TRUJILLO,

defendant herein, did knowingly and intentionally possess with intent to distribute forty (40) grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-( 2-phenylethyl )-4-piperidinyl] propanamide ("Fentanyl"), a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1)

and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

## COUNT 2
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about July 9, 2025, in the District of Utah,

ALYZAI VICTORIA TRUJILLO,

defendant herein, did knowingly and intentionally possess with intent to distribute Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT 3
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about July 9, 2025, in the District of Utah,

ALYZAI VICTORIA TRUJILLO,

defendant herein, knowing she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Sig Sauer pistol, and the firearm was in and affecting commerce; in violation of 18 U.S.C. § 922(g)(1).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. §§ 922 or 924 or any violation of any other criminal law of the United States, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense, including, but not limited to:

- a Sig Sauer pistol, serial no: 66A991564
- Associated magazines.

A TRUE BILL:

/S/

_____
FOREPERSON OF THE GRAND JURY

FELICE JOHN VITI
Acting United States Attorney

_____
MARIA D. MOOERS-PUTZER
Assistant United States Attorney